

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-14-00157-CR

CINQUE ROSS, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 188th District Court
Gregg County, Texas
Trial Court No. 43,104-A

Before Morriss, C.J., Moseley and Burgess, JJ.

# O R D E R

Court reporter Grelyn Freeman recorded the trial court proceedings in cause number 06-14-00157-CR, styled *Cinque Ross v. The State of Texas*, trial court cause number 43,104-A in the 188th Judicial District Court of Gregg County, Texas. The reporter's record was originally due in this matter December 2, 2014. This deadline was extended twice by this Court on Freeman's request, resulting in the most recent due date of February 2, 2015. Freeman has now filed a third request seeking an additional extension of the filing deadline.

The Texas Rules of Appellate Procedure establish that "trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed." TEX. R. APP. P. 35.3(c). The Rules further instruct that an "appellate court may enter any order necessary to ensure the timely filing of the appellate record." *Id.* In furtherance of our responsibilities established by the Rules, we find we must take steps to ensure that the record in this case is filed in a reasonable amount of time.

Therefore, we overrule Freeman's third request for an extension of the filing deadline and hereby order her to file the reporter's record in cause number 06-14-00157-CR, styled *Cinque Ross v. The State of Texas*, trial court cause number 43,104-A in the 188th Judicial District Court of Gregg County, Texas, to be received by this Court no later than Monday, February 23, 2015.

If the reporter's record is not received by February 23, we warn Freeman that we may begin contempt proceedings and order her to show cause why she should not be held in contempt of this Court for failing to obey its order.

IT IS SO ORDERED.

BY THE COURT

Date:   February 11, 2015